# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:20-cr-00585-PAB-1 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| | **ORDER** |
| **JONATHAN KOETH,** | |
| Defendant. | |

On May 23, 2024 Magistrate Judge James E. Grimes Jr. conducted an initial appearance on the violation report dated April 17, 2024. Defendant waived his right to a preliminary hearing and admitted to Violations 1-3.

On July 3, 2024 a Superseding Violation Report was provided as to Defendant's continued noncompliance. On July 10, 2024 Defendant appeared for a final revocation of supervised release hearing before Judge Pamela A. Barker and was represented by counsel, Alvaro L. DeCola. Assistant U.S. Attorney Scott C. Zarzycki present on behalf of the United States of America, and Pretrial Services Officer Alfred Preston, Jr. also present. Defendant admitted to Violations 4 and 6. Defendant did not admit to New Law Violation 5: On 06/28/2024, Mr. Koeth was issued a citation by the Elyria Police Department for Possession of Drug Paraphernalia, a Misdemeanor of the Fourth Degree.

For the reasons stated on the record, the Court finds that Defendant violated the following condition of his supervised release:

1. New Law Violation: On 03/28/2024, the Lorain Police Department issued Mr. Koeth a summons to appear before the Lorain Municipal Court for Possession of Drug Paraphernalia, a Misdemeanor of the Fourth Degree, Case Number: 2024CRB00992 (reported to the Court on 04/17/2024, and on 05/24/2024).

2. Violation of Standard Condition #9: If you are arrested or questioned by law enforcement, you must notify the probation officer within 72 hours. Mr. Koeth failed to notify his supervising officer of contact with the Lorain Police Department on 03/28/2024 (reported to the Court on 04/17/2024).

3. Violation of Standard Condition #13: You must follow the instructions of the probation officer related to the conditions of supervision. Multiple attempts have been made to contact Mr. Koeth, all of which have been unsuccessful. Mr. Koeth's whereabouts are currently unknown (reported to the Court on 04/17/2024).

4. Violation #4: New Law Violation: On 06/10/2024, Mr. Koeth was stopped by the Elyria Police Department and cited for Driving Under Suspension, an Unclassified Misdemeanor, and Operation of a Vehicle at Stop Signs, a Minor Misdemeanor, in Case Number: 2024TRD05471 (reported to the Court on 06/27/2024).

6. Violation of Standard Condition #8: You must not communicate or interact with someone you know is engaged in criminal activity. It has been discovered that Mr. Koeth has been with an individual named Anthony Cervantes during all three (3) of the alleged new law violations. It should be noted that Mr. Cervantes has been charged with drug related crimes during all three (3) of the alleged new law violations involving Mr. Koeth.

Based upon the information adduced at the hearing, the Court finds by a preponderance of the evidence that Defendant violated the conditions of his supervised release. Upon due consideration, Defendant's term of supervised release is continued until October 13, 2025 and modified to include Cognitive Behavioral Treatment.  You must participate in a cognitive-

behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

    **IT IS SO ORDERED.**

Date:  July 11, 2024

*s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE